Thomas A. Runk (SBN 101306)
trunk@brookskushman.com
BROOKS KUSHMAN P.C.
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071-2231
Telephone: (213) 622-3003

Mark A Cantor (*Pro Hac Vice*)
Muhammad A. Siwani (*Pro Hac Vice*)
BROOKS KUSHMAN P.C.
150 W. Second St., Suite 400N
Royal Oak, MI 48067-3846
Telephone: 248-358-4400

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANNE HEITING, an individual**<br><br>Plaintiff,<br>v.<br><br>**FKA DISTRIBUTING CO., a California company, DOES 1 through 25, inclusive**<br><br>Defendant. | Case No. 2:24-cv-07314-HDV-AGR<br><br>**DEFENDANT FKA DISTRIBUTING'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>[Memorandum of Points and Authorities filed concurrently]<br><br>Judge: Hon. Hernan D. Vera<br>Date: October 31, 2024<br>Time: 10:00 AM<br>Location: First Street Courthouse, 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, CA 90012 |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 31, 2024 at 10:00 am, or as soon thereafter as counsel may be heard virtually, in Courtroom 5B of the First Street Courthouse located at 350 W. First Street, Los Angeles, California 90012, Defendant FKA Distributing Co. ("Homedics"), by and through its counsel of record, will and hereby does, move the Court for an order dismissing Plaintiff's Complaint with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 30 and October 7, 2024. This Motion to Dismiss is based on this Notice of Motion and Motion, the accompanying memorandum of points and authorities, and all other papers and pleadings on file in this action, and such other oral and/or documentary evidence or argument as may be presented at the time of the hearing on this matter.

DATED: October 15, 2024

By: */s/ Mark A. Cantor*
Mark A. Cantor (*Pro Hac Vice*)
Muhammad A. Siwani (*Pro Hac Vice*)
BROOKS KUSHMAN P.C.
150 W. Second St., Suite 400N
Royal Oak, MI 48067-3846
Telephone: (248) 358-4400

Thomas A. Runk (SBN101306)
trunk@brookskushman.com
BROOKS KUSHMAN P.C.
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071-2231
Telephone: (213) 622-3003

*Attorneys for Defendant*
*FKA Distributing Co.*