Thomas A. Runk (SBN 101306)
trunk@brookskushman.com
BROOKS KUSHMAN P.C.
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071-2231
Telephone: (213) 622-3003

Mark A Cantor (*Pro Hac Vice*)
Muhammad A. Siwani (*Pro Hac Vice*)
BROOKS KUSHMAN P.C.
150 W. Second St., Suite 400N
Royal Oak, MI 48067-3846
Telephone: 248-358-4400

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**ANNE HEITING, an individual**

Plaintiff,

v.

**FKA DISTRIBUTING CO., a California company, DOES 1 through 25, inclusive**

Defendant.

Case No. 2:24-cv-07314-HDV-AGR

**DEFENDANT FKA DISTRIBUTING CO.'S APPLICATION TO APPEAR REMOTELY**

Filed Concurrently with Declaration of Mark A. Cantor and [Proposed] Order

Judge: Hon. Hernan D. Vera
Date: January 16, 2025
Time: 10:00 AM
Location: First Street Courthouse, 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, CA 90012

**APPLICATION TO APPEAR REMOTELY**

Defendant FKA Distributing Co. respectfully requests that this Court allow its counsel, Mark A. Cantor, to appear remotely for the hearing on Defendant's Motion to Dismiss scheduled for January 16, 2025, at 10:00 a.m. in Los Angeles.

Mr. Cantor is the lead counsel for Defendant, and it would be in Defendant's best interest for him to argue the motion. However, due to the recent tragic wildfires in Los Angeles, Mr. Cantor is requesting to participate remotely. (Declaration of Mark A. Cantor, ¶¶ 1 and 3.)

Mr. Cantor suffers from asthma, a condition that could be aggravated by the current air quality in Los Angeles. His concerns about these health risks are based on personal accounts from his family members who live in the area. (*Id.*, ¶ 2.)

Defendant's counsel has conferred with opposing counsel, and they do not oppose this request. (*Id.*, ¶ 4.)

For these reasons, Defendant respectfully requests that the Court allow Mr. Cantor to appear remotely for the hearing.

DATED: January 13, 2025

By: /s/ Mark A. Cantor

Thomas A. Runk (SBN101306)
trunk@brookskushman.com
BROOKS KUSHMAN P.C.
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071-2231
Telephone: (213) 622-3003

Mark A. Cantor (Pro Hac Vice)
Muhammad A. Siwani (Pro Hac Vice)
BROOKS KUSHMAN P.C.
150 W. Second St., Suite 400N
Royal Oak, MI 48067-3846
Telephone: (248) 358-4400

*Attorneys for Defendants*