Thomas A. Runk (SBN 101306)
trunk@brookskushman.com
BROOKS KUSHMAN P.C.
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071-2231
Telephone: (213) 622-3003

Mark A Cantor (*Pro Hac Vice*)
Muhammad A. Siwani (*Pro Hac Vice*)
BROOKS KUSHMAN P.C.
150 W. Second St., Suite 400N
Royal Oak, MI 48067-3846
Telephone: 248-358-4400

Attorneys for Defendants

LINK 24

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**ANNE HEITING, an individual**

Plaintiff,

v.

**FKA DISTRIBUTING CO., a California company, DOES 1 through 25, inclusive**

Defendant.

Case No. 2:24-cv-07314-HDV-AGR

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT FKA DISTRIBUTING CO.'S APPLICATION TO APPEAR REMOTELY**

Filed Concurrently with Application to Appear Remotely and Declaration of Mark A. Cantor

Judge: Hon. Hernan D. Vera
Date: January 16, 2025
Time: 10:00 AM
Location: First Street Courthouse, 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, CA 90012

**[PROPOSED] ORDER GRANTING DEFENDANT'S**

**APPLICATION TO APPEAR REMOTELY**

After reviewing Defendant's Application and Declaration in support of its Application for counsel Mark A. Cantor to appear remotely, it is hereby ordered: Defendant's Application to Appear Remotely is GRANTED.

IT IS SO ORDERED.

______________________________
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

Dated: 01/14/____________, 2025