Thomas A. Runk (SBN 101306)
trunk@brookskushman.com
BROOKS KUSHMAN P.C.
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071-2231
Telephone: (213) 622-3003

Mark A Cantor (*Pro Hac Vice*)
Muhammad A. Siwani (*Pro Hac Vice*)
BROOKS KUSHMAN P.C.
150 W. Second St., Suite 400N
Royal Oak, MI 48067-3846
Telephone: 248-358-4400

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANNE HEITING, an individual**<br><br>Plaintiff,<br>v.<br><br>**FKA DISTRIBUTING CO., a California company, DOES 1 through 25, inclusive**<br><br>Defendant. | Case No. 2:24-cv-07314-HDV-AGR<br><br>**DEFENDANT FKA DISTRIBUTING CO.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[Memorandum of Points and Authorities filed concurrently]<br><br>Judge: Hon. Hernan D. Vera<br>Date: April 24, 2025<br>Time: 10:00 AM<br>Location: First Street Courthouse, 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, CA 90012 |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 24, 2025 at 10:00 am, or as soon thereafter as counsel may be heard virtually, in Courtroom 5B of the First Street Courthouse located at 350 W. First Street, Los Angeles, California 90012, Defendant FKA Distributing Co. ("Homedics"), by and through its counsel of record, will and hereby does, move the Court for an order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of standing, Rule 12(b)(2) for lack of personal jurisdiction, and Rule 12(b)(6) for failure to state a claim.

This Memorandum is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 6, 2025. This Memorandum of Points and Authorities in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and all other papers and pleadings on file in this action, and such other oral and/or documentary evidence or argument as may be presented at the time of the hearing on this matter.

Dated: March 6, 2025 By: */s/ Mark A. Cantor*

Mark A. Cantor (*Pro Hac Vice*)
Muhammad A. Siwani (*Pro Hac Vice*)
BROOKS KUSHMAN P.C.
150 W. Second St., Suite 400N
Royal Oak, MI 48067-3846
Telephone: (248) 358-4400

*Attorneys for Defendant*
*FKA Distributing Co.*