UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-07314-HDV-AGRx | Date | 09/26/25 |
|---|---|---|---|

| Title | *Anne Heiting v. FKA Distributing Co. LLC et al* |
|---|---|

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING CASE [JS-6]**

Plaintiff Anne Heiting unilaterally filed a Notice of Voluntary Dismissal on September 23, 2025. [Dkt. 49]. Under Federal Rule of Civil Procedure 41(a), a party seeking to dismiss an action after an answer or summary judgment motion has been filed can only do so with leave of court. Here, Defendant filed its Answer to the Second Amended Complaint on May 29, 2025. [Dkt. 41]. Although Plaintiff is technically in violation of FRCP 41(a), the Court nonetheless finds that dismissal without prejudice is proper. No counterclaim has been filed, and no other motion remains pending. Plaintiff's claim is hereby dismissed, without prejudice.

**IT IS SO ORDERED.**